IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| Audit, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 1:25-cv-07929 |
| | ) |
| The Partnerships and Unincorporated Associations Identified On Schedule A, | ) Honorable Judge Jorge L. Alonso |
| | ) |
| Defendants. | ) |

**DEFENDANTS' UNOPPOSED MOTION TO EXTEND DEADLINE
TO ANSWER OR OTHERWISE RESPOND**

Defendants Letaoleyuan and gewenjinggejidaobaihuodian ("Defendants") respectfully move this Court for an extension of time, up to and including September 16, 2025, for Defendants to answer or otherwise respond in this matter. In support thereof, Defendants state as follows:

1. The current deadline for Defendants to answer or otherwise respond in this matter is August 26, 2025. Dkt. No. 31.

2. Plaintiff and Defendants have been conducting a good faith settlement negotiation and additional time is needed for Defendants to investigate and prepare a proper response to the Complaint.

3. Defendants request an extension of time until September 16, 2025, to answer or otherwise respond to the complaint in this matter.

4. Plaintiff has consented to this extension of time.

5. This is Defendants' first extension of time request. This motion is brought in good faith and will not cause prejudice to the parties.

WHEREFORE, Defendants respectfully request this Court grant this unopposed motion and extend the deadline by which Defendants are to answer or otherwise respond to the complaint in this matter, up to and including September 16, 2025.

Dated: August 26, 2025                                  Respectfully submitted,

                                                        */s/ Timothy T. Wang*
                                                        Timothy T. Wang
                                                        **NI, WANG & MASSAND, PLLC**
                                                        8140 Walnut Hill, Ste. 615
                                                        Dallas, TX 75231
                                                        Telephone: (972) 331-4603
                                                        Fax: (972) 314-0900
                                                        twang@nilawfirm.com


                                                        **ATTORNEY FOR DEFENDANTS**


**CERTIFICATE OF SERVICE**

On August 26, 2025, I filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Illinois, Eastern Division, using the CM/ECF System which will send notification of said filing to all counsel of record.

                                                        */s/ Timothy T. Wang*
                                                        Timothy T. Wang