**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois – CM/ECF NextGen 1.8 (rev. 1.8.3)**
**Eastern Division**

Lisa Audit

                Plaintiff,

v.                            Case No.: 1:25−cv−07929

                             Honorable Jorge L. Alonso

The Partnerships and Unincorporated Associations Identified on Schedule A, et al.

                Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Wednesday, August 27, 2025:

    MINUTE entry before the Honorable Jorge L. Alonso: Defendants' Orgrimmar Bags First Motion for extension of time to answer or otherwise plead [36] is granted to 9/11/25. Defendants, XiajiaPer and GreShonYT's First Motion for extension of time to answer or otherwise plead [42] is granted to 9/16/25. Defendants Letaoleyuan and gewenjinggejidaobaihuodian Unopposed Motion to extend deadline to answer or otherwise respond [45] is granted to 9/16/25. Motion hearing dates of 8/27/25, 9/3/25 and 9/4/25 are stricken. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.