IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| LISA AUDIT, | |
| Plaintiff, | Case No.: 1:25-cv-07929 |
| v. | Judge Jorge L. Alonso |
| THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", | Magistrate Judge Jeffrey T. Gilbert |
| Defendants. | |

## JOINT STIPULATION OF DISMISSAL

Plaintiff, LISA AUDIT and the Defendant No. 31 Orgrimmar Bags identified on Schedule A of the Complaint ("Defendant") by and through their undersigned counsel and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), advise this Court that they hereby stipulate to a dismissal, without prejudice. Each party is to bear its own attorneys' fees, costs and expenses.

September 10, 2025                                            Respectfully submitted,

/s/ Keith A. Vogt
Keith A. Vogt
FL Bar No. 1036084 / IL Bar No. 6207971
Keith A. Vogt PLLC
15275 Collier Boulevard, Ste. 201-2061
Naples, Florida 34119-6750
Telephone: 312-971-6752
E-mail: keith@vogtip.com

**ATTORNEY FOR PLAINTIFF**

/s Christopher Keleher
Christopher Keleher (Bar No. 6277771)
The Keleher Appellate Law Group, LLC
1 E. Erie St., Suite 525
Chicago, Illinois 60611
Telephone: (312) 448-8491
E-mail : ckeleher@appellatelawgroup.com

**ATTORNEY FOR DEFENDANTS**

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a true and correct copy of the above and foregoing document was electronically filed on September 10, 2025 with the Clerk of the Court using the CM/ECF system, which will automatically send an email notification of such filing to all registered attorneys of record.

*/s/ Keith A. Vogt*
Keith A. Vogt